UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
YANILZA GONZALEZ,

                 Plaintiff,

    -against-

A LITTLE BIRD BOUTIQUE, LLC,

                 Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2023
```

23-CV-8147 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff filed a complaint in this action on September 14, 2023. (Dkt. 1.) The following day, a summons was issued as to defendant (Dkt. 4), but there is no evidence on the docket that plaintiff ever served defendant with process, and the 90-day time limit to do so, prescribed by Fed. R. Civ. P. 4(m), has now elapsed.

The Court *sua sponte* EXTENDS plaintiff's deadline to serve defendant with process by three weeks, to **January 4, 2024**. Should plaintiff fail to serve defendant with process and file proof of service by that date, this action may be dismissed without further notice.

Dated:  New York, New York
        December 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**