UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
YANILZA GONZALEZ,
                              Plaintiff,
         -v.-
A LITTLE BIRD BOUTIQUE, LLC,
                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/2024

23 Civ. 8147 (JHR)

<u>ORDER TO SHOW CAUSE</u>

JENNIFER H. REARDEN, District Judge:

On September 14, 2023, Plaintiff Yanilza Gonzalez filed the Complaint in this case. ECF No. 1. On September 18, 2023, the Court referred this case to Magistrate Judge Moses for general pretrial purposes. ECF No. 5. On December 14, 2023, Judge Moses issued an order that extended "*sua sponte* [ ] plaintiff's deadline [under Rule 4(m) of the Federal Rules of Civil Procedure] to serve defendant with process by three weeks, to **January 4, 2024**." ECF No. 8 (emphasis in original). The Court notified Plaintiff that "[s]hould plaintiff fail to serve defendant with process and file proof of service by that date, this action may be dismissed without further notice." *Id.* (emphasis in original). Plaintiff did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 19, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge